RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 12 20..

Abel Acosta, Clerk

65,645-03

June 8, 2015

Ronald Dean Gilbert
# 1270857, 8-K-14
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

CCA No. WR-65,645-03

Trial Court Case No. W05-72651-V(A)

Dear Clerk

I writing this letter to your office because of the letter I received from you on the Status of my habeas corpus being Denied Without Written Order on the findings of the trial with a hearing on November 21, 2012. "I never received notification in the mail."

I would like to ask you to send me copies of the letters I have wrote to your officer seeking information about my 11.07, from 2012 up until now. The reason I am time barred. I need to show a good cause for failure to file Habeas Corpus within the time period. Did your office send a white card to this unit about my appeal? What month and year?

I would appreciate it very much if you would assist me in this pertinent matter

Sincerely,

Ronald D. Gilbert